IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAYLA ELAINE ALLEN (02) | Case No. 2:19-CR-2-02 |

## NOTICE OF PLEA AGREEMENT

The United States of America, by its undersigned counsel, would show the Court that the defendant, **Layla Elaine Allen**, and the government have entered into a written plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,
JOSEPH D. BROWN
UNITED STATES ATTORNEY

*/s/ D. Ryan Locker*
D. RYAN LOCKER
ASSISTANT U.S. ATTORNEY
Texas Bar No. 24046307
110 North College Avenue, Suite 700
Tyler, Texas 75702
(903) 590-1400
Ryan.Locker@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that this Notice of Plea Agreement has been served on counsel for defendant via the court's CM/ECF system on June 11, 2019.

*/s/ D. Ryan Locker*
D. RYAN LOCKER

**Notice of Plea Agreement – Page 1 of 1**